UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-cr-4 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| JARROD BLAIR ) | |

### ORDER

On July 13, 2010, United States Magistrate William B. Mitchell Carter filed a Report and Recommendation ("R&R") (Court File No. 17) recommending the Court deny Defendant Jarrod Blair's motion to suppress. Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 17) pursuant to 28 U.S.C. § 636(b)(1), and **DENIES** Defendant's motion to suppress (Court File No. 9).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**